# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

PAINAWAY AUSTRALIA PTY
LIMITED ACN 151 146 977,        )
                                )
    Plaintiff,              )
                                )
    v                       )       Case No.. **18CV 3854**
                                )
MAXRELIEF USA, INC              )
                                )
    Defendant.              )

**FILED**

SEP 0 7 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## COMPLAINT

Painaway Australia Pty Limited ACN 151 146 977 ("Painaway") states as follows for its

Complaint against Defendant, MaxRelief USA, Inc. ("MaxRelief"):

## PRELIMINARY STATEMENT

1    Painaway is an Australian company that produces a pain relief spray and cream

Painaway is the market leader in Australia for such products.  MaxRelief is a United States

company that also produces a pain relief spray and cream, and sells its products in the United

States  In connection therewith, MaxRelief markets its products in the United States through its

website, and through media platforms that sell MaxRelief's products.  MaxRelief markets its pain

relief cream and spray products as "Australia's #1" products.  (Exhibit "A")  However,

MaxRelief's pain relief cream and its pain relief spray are not sold in Australia  In fact,

MaxRelief does not sell any products in Australia.  Therefore, MaxRelief's advertising is false,

and in violation of Section 43(a) of the Lanham Act, 15 U S.C. § 1125(a)

## PARTIES

2    Painaway has its principal place of business at Level 17,175 Pitt Sydney, NSW,

Australia  Painaway manufactures and distributes within Australia a range of arthritis and pain

relief spray, cream and roll-on products under the brand name Painaway, which is the market leader in Australia   It is an Australian owned and operated company.  It sells its products off the shelf in Australian pharmacies, grocery stores, supermarkets, and health food stores   Its products are registered with the Therapeutic Goods Administration (the "TGA"), which is Australia's regulatory agency for medical drugs and devices.

3.     On information and belief, MaxRelief is a Delaware corporation, with a principal place of business at 131 Fairfax Street, Denver, Colorado, 80220.  MaxRelief markets its products through its website www.maxrelief us/ and www.maxrelief com/, and also on various online shopping platforms such as ebay.com, amazon com, and walgreens.com.  MaxRelief additionally sells its products through various pharmacies in Pennsylvania

## JURISDICTION AND VENUE

4.     MaxRelief has engaged in the transaction of business and committed the acts complained of herein in interstate commerce and in the Eastern District of Pennsylvania.  This Court has jurisdiction pursuant to 15 U S C  § 1121 and 28 U.S.C. § 1331 and 1338(b).

5.     Venue is appropriate in this Court pursuant to 28 U.S C. § 1391(b)(1) because the acts alleged in the Complaint occurred in this district

## FACTUAL ALLEGATIONS

6.     For many years, Painaway has manufactured and distributed within Australia and elsewhere, including the United States, a variety of arthritis and sports pain relief spray, cream, tablets, capsules, and roll-on products under the brand name Painaway.  The Painaway products have been the market leader in Australia for a number of years

7     Painaway's products are registered with the TGA

8.      In 2012, an Australian company named Natures Investments Holding Pty Ltd. ("Natures Investments") filed an application with the United States Patent and Trademark Office to trademark a stylized rendition of the words "MAXRelief" with a stylized leaf replacing the dot above the "i", and a thick, bold chevron pointing to the right immediately following the literal element. In late 2012, Natures Investments abandoned the trademark application

9.      On information and belief, in or about 2012 or 2013, Natures Investments, doing business as MaxRelief USA, Inc., began advertising a pain relief spray under the stylized rendition that it had sought to have trademarked.

10.     As a marketing strategy to consumers in the United States, Natures Investments advertised its product by identifying MaxRelief as "Australia's #1 Pain Relief Spray, now available in the USA." (Exhibit "B.")

11      Natures Investments' statement in its advertisement was explicitly false and misleading because it explicitly stated that Natures Investments' product was Australia's #1 pain relief spray when it was not.  In fact, Natures Investments' product was not even sold in Australia.

12      In July 2016, Painaway brought an action against Natures Investments d/b/a MaxRelief in the United States District Court for the Eastern District of Pennsylvania alleging violations of the Lanham Act   On February 28, 2017, "upon consideration of [Painaway's] Request for Entry of Default Judgment" and the "hearing held on February 27, 2017," the Court entered a default judgment on behalf of Painaway, and specifically enjoined Natures Investments from "advertising and promoting MaxRelief as Australia's # 1 Pain Relief Spray in the United States " ("Injunction Order")   (Exhibit "C ")

13     Although not entirely clear to Painaway, it appears that at some time the entity MaxRelief separated itself from Natures Investments

14     Subsequent to the entry of the Injunction Order, MaxRelief continues to advertise and promote its MaxRelief product through various media platforms and mediums as "Australia's #1" pain relief spray and pain relief cream.  This includes media advertisement on its website, as well as advertisement on Twitter, Amazon, ebay and other media platforms These advertisements and promotions are false because they explicitly state that MaxRelief's product is Australia's #1 pain relief spray and cream when it is not.  In fact, MaxRelief's products are not even sold in Australia.

15     Painaway believes that it will lose sales in the United States and elsewhere as a direct result of the false and misleading claim made by MaxRelief that it is Australia's #1 pain relief spray and/or cream, and advertising its product as such.

## Count I
## Violation of Section 43(a) of the Lanham Act

16     Painaway hereby incorporates by reference its preceding allegations as if fully set forth at length herein

17     Under 15 U.S.C § 1125, the Lanham Act provides in pertinent part

(1)     Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—

(A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or

> (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

18.     MaxRelief's false advertising claims as described above constitute false and misleading descriptions of fact in interstate commercial advertising and promotion, which materially misrepresent its product, in violation of Section 43(a) of the Lanham Act, 15 U.S.C § 1125(a).

19.     MaxRelief's false and misleading advertising claims are willful and intentional, with deceptive intent, making this an exceptional case.

20.     MaxRelief's false and misleading claims have caused, and will continue to cause, great, immediate, and irreparable harm to Painaway's business reputation, injury to its goodwill, and loss of competitive advantage

WHEREFORE, Painaway respectfully requests that this Court enter judgment in its favor as follows.

(a)     entering a preliminary and permanent injunction against MaxRelief preventing it from advertising and/or promoting MaxRelief as Australia's #1 pain relief spray and/or cream, or from advertising that it is the #1 seller of any product in Australia;

(b)     awarding any further relief that this Court deems appropriate, including without limitation, financial compensation for any injury suffered by Painaway, together with attorneys' fees and costs of suit; and

(c)     awarding to Painaway such other and further relief as this Court may deem

just

Date:  September 7, 2018                              Respectfully submitted,

*Rigel C Farr*

Mathieu J  Shapiro (76266)
Rigel C  Farr (316869)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215 665 3000 (p)
215 665 3165 (f)
mathieu shapiro@obermayer.com
rigel.farr@obermayer com

Martin J  O'Hara
Much Shelist, P C
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Phone 312.521 2725
Fax 312 521.2825
mohara@muchlaw com
(*pro hac vice motion forthcoming*)

*Counsel for Painaway Australia Pty Limited*
*ACN 151 146 977*

# Exhibit "A"



Back to home page   Listed in category   Health & Beauty > Skin Care > Lightening Cream



## MaxRelief Australia's #1 Pain Relief Cream 3X More Arnica Than other Pain Creams

Be the first to write a review

| | |
|---|---|
| Condition | New |
| Quantity | 1 | 2 available / 3 sold |
| Price | US $27.00 |

**Buy It Now**

**Add to cart**

Add to watch list

Limited quantity remaining    More than 59% sold    30-day returns

Shipping   $22.95 International Priority Shipping to Australia via the Global Shipping Program | See details
Item location: Multiple Locations, United States
Ships to: United States and many other countries | See details

Delivery   Estimated between **Sat. Jun. 30 and Wed. Jul. 11**
Includes international tracking

Payments:   **PayPal** | See details
Any international shipping and import charges are paid in part to Pitney Bowes Inc. Learn More

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
tremendousshop (104 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store



Secure   https://www.walmart.com/ip/MaxRelief-Arnica-Pain-Relief-Spray-Australia-s-1-Sufferers-Back-Neck-Knee-Joint-Muscle-Pain-Reduces-Arthritis-Joint-Inflammation-Sciatica-Fibromyalgia/353802326

Home / Medicine Cabinet / Pain Relievers / Specialty Pain Relievers

MaxRelief Arnica Pain Relief Spray - Australia's #1 - For Sufferers of Back, Neck, Knee, Joint & Muscle Pain. Reduces Arthritis & Joint Inflammation, Sciatica & Fibromyalgia pain treatment. 4 oz

Write a review   MaxRelief   Walmart # 566705690

**$18.37**   $4.60 / fl oz

**Free shipping** on orders over $35
Arrives by Saturday, Jun 23   Options

1   Add to Cart

Pickup not available

⟳  🔒 Secure | https://www.walmart.com/ip/MaxRelief-Arnica-Pain-Relief-Cream-Australia-s-Sufferers-Back-Neck-Knee-Joint-Muscle-Pain-Reduces-Arthritis-Joint-Inflammation-Sciatica-Fibromyalg/343730071

✳ ☰  |  Search  🔍  |  📦  👤  📍  🛒

2.5 oz  2 | Pain-ned break... origi... oz | Cream 4 oz  13 | ARNICA CREAM 2.5 OZ Each | 2.5 oz, Value Pack With Arnic... | 4oz  48
★★★★★ 2 | ★★★★ 67 | ★★★★ 13 |  | ★★★★ 48
$7.99 $3.xx  oz | $18.98 $ne.64 | $3.84 96.0x  oz | $18.90 | $12.00 $4.80  oz | $12.48
2 day shipping | 2 day shipping | 2-day shipping |  | 2-day shipping | 2-day shipping



## MaxRelief Arnica Pain Relief Cream - Australia's #1 - For Sufferers of Back, Neck, Knee, Joint & Muscle Pain. Reduces Arthritis & Joint Inflammation, Sciatica & Fibromyalgia pain treatment. 3.5 oz

★★★★  3 reviews   MaxRelief   Walmart # 566705680

**$19.85**  $5.68 / oz

**Free shipping** on orders over $35
Arrives by Saturday, Jun 23  Options

Qty
1 ⌄    ( Add to Cart )

Pickup not available

✳ Sold & shipped by Walmart

≔ Add to List        🎁 Add to Registry



Try Prime    Health Household & Baby Care ▾

Deliver to
Philadelphia 19019    Departments ▾    Your Amazon.com

EN ▾    Hello Sign in    0
Account & Lists ▾    Orders    Try Prime ▾    Cart

**Health & Personal Care**    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness

$10 & under with FREE shipping

Health & Household › Health Care › Medications & Treatments › Pain Relievers › Rubs & Ointments

## MaxRelief Arnica Montana Pain Cream - Australian #1 - For Sufferers of Knee, Joint & Outback Muscle Pain Reduce

455 customer reviews  |  26 answered questions

Amazon's Choice  for "arnica pain relief cream"

  



Price  $19.85 ($6.62 / ounce)

FREE Shipping on orders over $25  or get **FREE Two-Day Shipping** with Amazon Prime

In Stock  Sold by Nature's Natural and Fulfilled by Amazon  Gift-wrap available

**Want it tomorrow, Sept. 8?** Order within **1 hr 5 mins** and choose **Saturday Delivery** at checkout  Details

◯ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Deliver to Philadelphia 19019

Qty  1 ▾                    Turn on 1-click ordering

Add to Cart

Add to List

**Other Sellers on Amazon**                    2 new from $19.85

Share

### About the product

- Temporarily relieve numbness and discomfort in back, neck, finger and muscles  Excellent for Sciatic pain  Temporarily relieve numbness and discomfort in back, neck, finger and muscles  Support for Wrist and Lower Back pain
- 3X times the Maximum Arnica ingredients of other leading creams  Maximum Strength compared to Arnicare Gel at 7%
- The only pain relief cream to include the extra benefits of Arnica, Eucalyptus & Emu Oi

More





### Relieves muscle pain and stiffness naturally

Boiron Arnica Montana 30C Homeopathic Medicine for Pain Relief
1,102
$11.00 ✓prime

Ad feedback

## Frequently bought together



Total price $38.82

Add both to Cart

Add both to List

☑ **This item** MaxRelief Arnica Montana Pain Cream - Australian #1  For Sufferers of Knee Joint & Outback Muscle   $19.85 ($6.62 / ounce)

# Exhibit "B"



(https://maxrelief.us)

Australia's #1 Pain Relief Spray and Cream Now Available in the USA!



# MaxRelief

Get effective pain relief from the only pain relieving formula that combines
Arnica and Emu oil.  With 3 times the Arnica of other leading products,
MaxRelief quickly soothes sore joints and muscles, providing temporary pain
relief and increased flexibility. MaxRelief uses proven, all-natural ingredients
to ease the pain associated with arthritis, bruises, strain or overuse. And
because it contains camphor, blood flow increases to the affected area to
promote healing.

100% Natural Ingredients

Fast-Acting

Soothing Warmth

3 Times the Arnica of Other Leading Products

Only Product with Arnica *and* Emu Oil

No Menthol. Camphor As The Active Ingredient

Buy Now (products)

# A Safe and Effective, *Natural Alternative* for Pain Relief

MaxRelief has developed a fast, powerful pain relief therapy to help ease the everyday aches and pains that keep you from enjoying life to the fullest.

Use MaxRelief spray and cream to relieve sore muscles and aching joints to get back to doing the things you love to do.

## We stand behind our products and **guarantee** *your satisfaction!*

/

# Please **select a product** to learn more.

*f*





## MaxRelief Pain Relief Spray

Maximum Relief for Aching Joints and
Sore Muscles is Just a Spray Away.

View
(https://maxrelief.us/maxrelie
spray/)

Buy (/?add-to-
cart=140)



### MaxRelief Pain Relief Cream

Get Penetrating Pain Relief in a Soothing
Cream

View
(https://maxrelief.us/maxrelie
cream/)

Buy (/?add-to-
cart=126)



Media (https://maxrelief.us/media/)    ⋮
Terms and Conditions (https://maxrelief.us/terms-and-conditions/)    ⋮

Shipping Information (https://maxrelief.us/shipping-information/)   ⋮

Contact (https://maxrelief.us/contact/)

🐦 (https://twitter.com/MaxReliefUSA)

**f** (https://www.facebook.com/pages/Maxrelief/639722299421347)

Copyright 2015 MaxRelief, All Rights Reserved

# Exhibit "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAINAWAY AUSTRALIA PTY LTD,        :
    Plaintiff,                              :
         v.                                :        CIVIL ACTION NO. 16-3627
                                         :
NATURES INVESTMENTS HOLDING :
PTY LTD, d/b/a MAXRelief USA,        :
    Defendant.                            :

## ORDER AND JUDGMENT

AND NOW, this 28th day of February 2017, upon consideration of the Request for Entry

of Default Judgment [Doc No. 4], and for the reasons stated on the record at the hearing held on

February 27, 2017, it is hereby **ORDERED** as follows:

1. Defendant Natures Investments Holding Pty Ltd d/b/a MAXRelief USA, is hereby

   **ENJOINED** from advertising and promoting MAXRelief as "Australia's #1 Pain

   Relief Spray" in the United States;

2. Plaintiff shall be reimbursed attorneys' fees and costs in the amount of $11,004.59, as

   detailed in the declarations of Rigel C. Farr, Esquire and Martin J. O'Hara, Esquire

   [Doc Nos. 17, 18]; and

3  The Clerk of Court is directed to **CLOSE** this case

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.

JS 44 (Rev 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS
Painaway Australia Pty Limited ACN 151 146 977

**DEFENDANTS**
MaxRelief USA, Inc.

(b) County of Residence of First Listed Plaintiff   Australia
*(EXCEPT IN U S  PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Denver, Colorado
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew J. Shapiro, Rigel C  Farr
Obermayer Rebmann Maxwell &Hippel LLP, Centre Square West, 1500
Market Street, Suite 3400, Philadelphia, PA, 215-665-3000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ❏ 2  U S Government Defendant
- ❏ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for  Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 376 Qui Tam (31 USC |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 400 State Reapportionment |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 835 Patent - Abbreviated | ❏ 460 Deportation |
| Student Loans | ❏ 340 Marine | Injury Product | | New Drug Application | ❏ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | ❏ 840 Trademark | Corrupt Organizations |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | Relations | ❏ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - | Product Liability | ❏ 751 Family and Medical | | ❏ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ❏ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement | ❏ 870 Taxes (U S Plaintiff | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | Income Security Act | or Defendant) | ❏ 899 Administrative Procedure |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | Act/Review or Appeal of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of |
| ❏ 290 All Other Real Property | ❏ 445 Amer w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1  Original Proceeding
- ❏ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U S  Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
15 U S C  § 1125
Brief description of cause
Violation of Section 43 of the Lanham Act

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:**   ❏ Yes   ❏No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE   9/7/2018

SIGNATURE OF ATTORNEY OF RECORD
Rigel C  Farr

SEP - 7 2018

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

18 CV 3854

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Painaway Australia Pty Limited, Level 17,175 Pitt Sydney, NSW, Australia

Address of Defendant: MaxRelief USA, Inc., 131 Fairfax Street, Denver, Colorado, 80220

Place of Accident, Incident or Transaction: Pennsylvania

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 9/7/2018   _signature_   316869

*Attorney-at-Law / Pro Se Plaintiff*   Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
☑ 11. All other Federal Question Cases
   *(Please specify)* Lanham Act, 15 U.S.C. § 1125(a)

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify)* _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, Rigel C. Farr, counsel of record *or* pro se plaintiff, do hereby certify

☐ Pursuant to Local Civil Rule 53.2, § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs·

☑ Relief other than monetary damages is sought.

DATE 9/7/2018   _signature_   316869

*Attorney-at-Law / Pro Se Plaintiff*   Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

SEP -7 2018

Civ 609 (5/2018)

*PBT*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Painaway Australia Pty Limited
ACN 151 146 977                 :          CIVIL ACTION

                        v.          :

Max Relief USA, Inc.              :          NO. 18 CV 3854

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        (X)

| 9/7/2018 | Rigel C. Farr | Plaintiff, Painaway |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-665-3224 | 215-665-3165 | rigel.farr@obermayer.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

SFP - 7 2018