IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAINAWAY AUSTRALIA PTY LIMITED ACN 151 146 977,<br><br>Plaintiff,<br><br>v.<br><br>MAXRELIEF USA, INC.,<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>PAINAWAY AUSTRALIA PTY LIMITED CAN 151 146 977 and MUCH SHELIST, P.C.,<br><br>Counterclaim Defendants. | CIVIL ACTION<br><br>NO. 18-3854 |

## ORDER

**AND NOW**, this 6th day of April 2022, upon consideration of Defendant and Counterclaim Plaintiff MaxRelief USA, Inc.'s Motion for Summary Judgment (ECF No. 46), Plaintiff and Counterclaim Defendant Painaway Australia Pty Limited ACN 151 146 977's Response (ECF No. 52), Defendant's Reply (ECF No. 53), and this Court's March 30, 2022 Sealed Order and Opinion (ECF Nos. 54 and 55), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Court's March 30, 2022 is **AMENDED**;

2. Defendant's Motion for Summary Judgment (ECF No. 46) is **GRANTED**;

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**[1]; and

---

[1] The Court shall file an unsealed, redacted Opinion.

4. Because Defendant's counterclaims are still pending, the Clerk of Court shall **REOPEN** this matter.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**