IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAXRELIEF USA, INC.,** | |
| *Counter-Plaintiff,* | Civil Action |
| v. | No. 18-cv-3854 |
| **PAINAWAY AUSTRALIA PTY LIMITED CAN 151 146 997 and MUCH SHELIST P.C.,** | |
| *Counter-Defendants.* | |

# ORDER

**AND NOW**, this 24th day of May, 2023, upon consideration of Counter-Defendants' Motion for Summary Judgment (ECF No. 61), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED in part and DENIED in part** as follows:

1. The motion is denied as to Counter-Plaintiff's claims for intentional interference with current and prospective business relations (Counts I and II).

2. The motion is denied as to Counter-Plaintiff's claim for abuse of process (Count III) with respect to cease-and-desist letters sent on or after October 31, 2017.

3. The motion is granted in all other respects as specified in the accompanying memorandum opinion.

1

2

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**