IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXRELIEF USA, INC., <br><br>   *Counter-Plaintiff*, <br><br>   v. <br><br>PAINAWAY AUSTRALIA PTY LIMITED CAN 151 146 997 and MUCH SHELIST P.C., <br><br>   *Counter-Defendants*. | Civil Action <br><br> No. 18-cv-03854-MSG |

### ORDER

**AND NOW,** this 1st day of July, 2024, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel.

The Clerk of Court is directed to mark this case closed.

                BY THE COURT:

                *s/Mitchell S. Goldberg*
                **MITCHELL S. GOLDBERG**
                **CHIEF DISTRICT JUDGE**